

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00794-CV

**IN RE NORTHFIELD INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Patricia O. Alvarez, Justice

On December 15, 2015, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than January 13, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency temporary relief is GRANTED. The trial court's Interim Protective Order and Order Granting Plaintiffs' Motion to Compel, each signed on December 3, 2015, are TEMPORARILY STAYED pending further order of this court.

It is so **ORDERED** on December 16, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CVF-001419 D1, styled *A. Maldonado Co., Inc. d/b/a Maldonado Furniture and Agustin Maldonado Jr., Trustee of the Agustin Maldonado Jr. Revocable Trust v. Northfield Insurance Company and Executive Insurance Professionals, PLLC*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.